# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| DEMBA BAH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-04068-NKL |
| | ) |
| CASEY'S GENERAL STORES, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are currently in the process of preparing and finalizing the Settlement Agreement. The parties intend to file appropriate dismissal documents with the Court upon perfection of the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony J. Meyer* | */s/ Robert J. Rojas* |
| Bradford B. Lear | Robert J. Rojas, #65144 |
| Todd C. Werts | Direct: 816.627.4437 |
| Anthony J. Meyer | E-Fax: 816.817.2767 |
| LEAR WERTS LLP | rrojas@littler.com |
| 103 Ripley Street | Jennifer A. Schorgl, #71159 |
| Columbia, MO 65201 | Direct: 816.627.4426 |
| Telephone: 573.875.1991 | E-Fax: 816.817.1627 |
| Facsimile: 573.279.0024 | jschorgl@littler.com |
| lear@learwerts.com | LITTLER MENDELSON, P.C. |
| werts@learwerts.com | 1201 Walnut Street, Suite 1450 |
| meyer@learwerts.com | Kansas City, MO 64106 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, a true and correct copy of the foregoing was electronically submitted via the Court's e-filing system, which generated notice of same to the following counsel of record:

Bradford B. Lear
Todd C. Werts
Anthony J. Meyer
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65201
Telephone: 573.875.1991
Facsimile: 573.279.0024
lear@learwerts.com
werts@learwerts.com
meyer@learwerts.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert J. Rojas
ATTORNEY FOR DEFENDANT